The People of the State of New York,
against
Oscar Barabondeka, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Herbert J. Adlerberg, J.H.O.), rendered March 20, 2014, convicting him, upon a plea of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Herbert J. Adlerberg, J.H.O.), rendered March 20, 2014, affirmed. 
The accusatory instrument was not jurisdictionally defective. It charged all the elements of aggravated unlicensed operation of a motor vehicle in the third degree (see Vehicle and Traffic Law § 511[1][a]). The information, including the prior order revoking defendant's license and proof of mailing of such order to defendant's last known address, was sufficient to establish that defendant's license had been revoked at the time of the underlying incident, and that defendant knew or had reason to know that his license had been revoked (see People v Abutiate, 59 Misc 3d 127[A], 2018 NY Slip Op 50372[U] [App Term, 1st Dept 2018], lv denied 31 NY3d 1077 [2018]; People v Thompson, 52 Misc 3d 145[A], 2016 NY Slip Op 51287[U] [App Term, 1st Dept. 2016], lv denied 28 NY3d 1076 [2016]; People v Crawley, 32 Misc 3d 131[A], 2011 NY Slip Op 51334[U] [App Term, 1st Dept 2011], lv denied 19 NY3d 863 [2012]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 17, 2018